UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BARRY JACK SMITH,<br><br>          Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI,<br><br>          Defendant. | Case No. 3:23-CV-00203-CLB<br><br>**ORDER GRANTING MOTION TO EXTEND TIME**<br><br>[ECF No. 22] |

On December 12, 2023, Plaintiff filed a motion for extension of time to file a reply to his motion for remand. (ECF No. 22.) Plaintiff explained he was submitting the request "just in case a reply is required from me" but did not specify how long of an extension he wanted. (*Id.* at 2.) Defendant responded, stating that Defendant does not generally oppose reasonable extensions of time but declined to take a position in this instance as Plaintiff did not specify the length of extension requested. (ECF No. 23.) Currently, the deadline to file a reply is December 19, 2023. The Court will grant Plaintiff's motion to extend time to file a reply until **January 18, 2024**. The Court also notes that Plaintiff is not required to file a reply. No further extensions of time will be granted absent extraordinary circumstances.

**IT IS SO ORDERED.**

**DATED**: December 15, 2023.

_____
UNITED STATES MAGISTRATE JUDGE